ESTHER ULLIAN *vs.* NATHAN ULLIAN. April 2, 1975. The plaintiff's appeal from an interlocutory decree sustaining the defendant's plea in bar brings nothing before this court where, as here, the appeal taken by the plaintiff from the final decree dismissing her bill was not seasonable. G. L. c. 214, § 19, as in effect prior to St. 1973, c. 1114, § 62. See *Radio Corp. of America* v. *Raytheon Mfg. Co.* 300 Mass. 113, 120 (1938); *Fusaro* v. *Murray,* 300 Mass. 229, 231 (1938). It may be appropriate to add that were we to have dealt with the case on its merits, our conclusions would not have differed from those of the trial judge in sustaining the plea. As the plaintiff has conceded, if the allegations

of her bill sound in contract, the judge was right in sustaining the plea. We would concur in the further conclusion, which we assume was reached by the judge, that certain allegations of the bill essential to the plaintiff's claim of a constructive trust in her favor are vague, conclusory and insufficient to support her claim. Compare *Woodard* v. *Woodard,* 216 Mass. 1 (1913). See *Gabriel* v. *Borowy,* 324 Mass. 231, 237-238 (1949); *Ranicar* v. *Goodwin,* 326 Mass. 710, 713 (1951); Bogert, Trusts & Trustees, § 473, p. 30 (2d ed. 1960); Scott, Trusts, § 468, pp. 3439-3440 (3d ed. 1967).

*Appeals dismissed.*

*Stephen R. Katz* for the plaintiff.
*George M. Ford* for the defendant.